# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

WAQUITA WALLACE,

              Petitioner,

v.

DAVID PAUL, Warden,

              Respondent.

Case No. 17-cv-0388-PJS-KMM

**ORDER**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Kate Menendez, dated August 9, 2017. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

IT IS ORDERED that petitioner Waquita Wallace's petition for a writ of habeas corpus [ECF No. 1] is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

Let Judgment Be Entered Accordingly.

Date: 9/7/17

              s/Patrick J. Schiltz
              PATRICK J. SCHILTZ
              United States District Court Judge